CRIS YOUNG, *Individually and as Personal Representative, Appellant*, v. JOE DUENAS ET AL., *Defendants*, JOSEPH S. FITZPATRICK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-06346-9, Susan Serko, J., entered May 28, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Spearman, J. Now published at 164 Wn. App. 343.

[No. 40029-4-II.   Division Two.   September 13, 2011.]

WASHINGTON CONSTRUCTION, INC., *Appellant*, v. STERLING SAVINGS BANK, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-14709-1, Vicki L. Hogan, J., entered November 5, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 40082-1-II.   Division Two.   September 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DEONTE JAMAR THOMPSON, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated February 13, 2012. See 166 Wn. App. 1024.

[No. 40293-9-II.   Division Two.   September 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE P. WOODARD, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00876-7, Richard L. Brosey, J., entered January 25, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren and Johanson, JJ.